UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OPEO, INC.,

    Plaintiff,

Case No. 15-13673

Honorable John Corbett O'Meara

v.

LIGHT METAL ADVANCED
TECHNOLOGIES, CO., L.T.D.,

    Defendant.

_____/

**ORDER DENYING
PLAINTIFF'S JUNE 6, 2016 MOTION FOR RECONSIDERATION**

This matter came before the court on plaintiff OPEO's June 6, 2016 motion for reconsideration of the court's May 24, 2016 order granting in part and denying in part defendant LMAT's motion for summary judgment. Pursuant to Local Rule 7.1(h)(2)(E.D. Mich. July 27, 2015), no response was filed and no oral argument was heard.

> Generally, and without restricting the court's discretion, the court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant must not only demonstrate a palpable defect by which the court and the parties and other persons entitled to be heard on the motion have been misled but also show that correcting the defect will result in a different disposition of the case.

L.R. 7.1(h)(3).

In its motion Plaintiff presents the same issues ruled upon by the court, either expressly or by reasonable implication.  Accordingly, it is hereby **ORDERED** that Plaintiff's motion for reconsideration is **DENIED.**


                                      s/John Corbett O'Meara
                                      United States District Judge

Date:  July 26, 2016


I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, July 26, 2016, using the ECF system.

                                      s/William Barkholz
                                      Case Manager